IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

KELLY MILLEN,

       Plaintiff,

vs.                                                       No. 15-2032-SHM-dkv

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____

REPORT AND RECOMMENDATION FOR DISMISSAL FOR FAILURE TO PROSECUTE
_____

The Administrative Track Scheduling Order was entered in this case on May 7, 2015. According to the scheduling order, the plaintiff's brief was due within thirty days after entry of the order. The plaintiff has not filed a brief.

By order dated June 22, 2015, the plaintiff was ordered to show cause within thirty days of the date of entry of the order why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The plaintiff was warned that failure to respond to the show cause order may result in dismissal of the action without further notice from the court. The plaintiff has failed to respond to the show cause order. The burden is upon the plaintiff to prosecute her case, and it appears to the court that the plaintiff has not done so.

Accordingly, it is recommended that this case be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of

Civil Procedure.

Respectfully submitted this 25th day of August, 2015.

                                     s/ Diane K. Vescovo
                                     DIANE K. VESCOVO
                                     UNITED STATES MAGISTRATE JUDGE